The appellant is on submission, and we have Mr. Bernstein. If you're ready, Mr. Grohol, let's get the clock set. Great. Go ahead. May I please the court? As Your Honor just observed, the appellant has not requested oral argument, nor has it submitted a reply brief. For that reason, I'd like to take this opportunity to provide the procedural background of what's going on in the court below. This is an interlocutory appeal of the grant of a preliminary injunction. Trial in the district court is set to begin one month from today. What this means as a practical matter is that the preliminary injunction may ripen into a permanent injunction, and it may be dismissed if the defendant prevails below or if plaintiff otherwise cannot establish her right to injunctive relief. That is, anything that this court might do might very soon become moot. Does that mean that any relief we grant or not would have a lifespan of a month or so? Assuming it doesn't get adjourned for some reason. That happens sometimes, you know. It has, but the defendant below has defaulted several times. The corporate defendant is already in default. The district judge has already admonished the individual defendant that if he doesn't take certain procedural steps by March 21st, that he too will be in default. It does not appear that he's going to take those procedural steps, and Judge Chen has made it very clear that no further extensions or adjournments will be granted absent unforeseeable circumstances like illness. With that, if the court has no questions or concerns regarding the briefing, I will rest on my papers. All right. Thank you. We'll adjourn this meeting. Have a good day.